NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Daniel Srourian, Esq. (SBN 285678)
SROURIAN LAW FIRM, P.C.
3435 Wilshire Blvd. Suite 1710
Los Angeles, California 90010
Telephone: (213) 474-3800
Facsimile: (213) 471-4160
Email: daniel@slfla.com

ATTORNEY(S) FOR: Robert Ruma

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT RUMA, individually, and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>KEENAN & ASSOCIATES,<br><br>Defendant(s) | CASE NUMBER:<br>2:24-cv-01070<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ____Robert Ruma____ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| Robert Ruma | Plaintiff |
| Keenan & Associates | Defendant |

| | |
|---|---|
| February 8, 2024 | /s/ Daniel Srourian |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

Plaintiff Robert Ruma

CV-30 (05/13)                              NOTICE OF INTERESTED PARTIES