1
2
3
4                                              **NOTE CHANGES MADE BY THE COURT**
                                                                           **JS-6**
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      CENTRAL DISTRICT OF CALIFORNIA
10

| 11 | ROBERT RUMA individually, and on behalf of all others similarly situated, | Case No. 2:24-cv-01070-MCS-DTB |
|----|----|----|
| 12 | Plaintiffs, | **ORDER GRANTING JOINT STIPULATION TO STAY CASES PENDING FINAL APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT (ECF NO. 21)** |
| 13 | v. | |
| 14 | KEENAN & ASSOCIATES, | |
| 15 | Defendant. | Complaint filed:   February 8, 2024 |

17
18
19
20
21
22
23
24
25
26
27
28

1    Upon consideration of the Parties' Joint Stipulation to Stay Case Pending Final
2    Approval of Proposed Class Action Settlement, and good cause appearing, it is
3    **ORDERED** that the Stipulation is **GRANTED.** The above-captioned action is
4    hereby stayed pending final approval of the proposed class action settlement.
5    Defendant is hereby **ORDERED** to file a status report with the Court within three
6    business days after the Los Angeles County Superior Court addresses whether to
7    grant final approval to the settlement. <u>**For case administration purposes only, the**</u>
8    <u>**Court directs the Clerk to close the case.**</u>
9        **IT IS SO ORDERED on this 31st day of May, 2024.**

*[Signature: Mark C. Scarsi]*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE